**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-2529**

———————

REEDIE J. WARD,

                                        Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Southern
District of West Virginia, at Parkersburg.  Joseph Robert Goodwin,
District Judge.  (CA-98-886-6)

———————

Submitted:  January 21, 1999          Decided:  February 5, 1999

———————

Before LUTTIG, MOTZ, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Reedie J. Ward, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Reedie J. Ward seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Ward v. United States</u>, No. CA-98-886-6 (S.D.W. Va. Sept. 17, 1998). We further deny Ward's motion to authorize preparation of a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>